IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00262-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

FREDERICK D. MOORE,

    Plaintiff,

v.

STEVE HARTLEY, Warden, Cheyenne Mountain Re-Entry Center,
PATSY PAULK, Deputy Director of Programs, Cheyenne Mountain Re-Entry Center,
SAHIB BROWN, Chief of Programs, Cheyenne Mountain Re-Entry Center,
KELLY LEHMAN, Unit Manager, Cheyenne Mountain Re-Entry Center, and
MARIA JUAREZ, Unit Manager, Cheyenne Mountain Re-Entry Center,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Frederick D. Moore, is in the custody of the Colorado Department of Corrections at the Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado. Mr. Moore has submitted a Prisoner Complaint pursuant to 42 U.S.C. § 1983, and Declaration in Support of Motion to Proceed In Forma Pauperis (ECF No. 2).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _X_ is missing a certified account statement showing the current balance in Plaintiff's prison account is not certified
(5) __ is missing required financial information
(6) __ is signed but not dated by the prisoner
(7) _X_ is not on proper form (must use the Court's current form)
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) _X_ is missing a signed authorization to allow agency to disburse funds from inmate account
(10) _X_ other: Plaintiff may pay the $400.00 filing fee in lieu of filing a § 1915 motion and affidavit

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) __ is not on proper form (must use the Court's current form used in filing 28 U.S.C. § 2254 actions)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ other:

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

  FURTHER ORDERED that Plaintiff shall obtain the court-approved form used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable attachments and instructions, at www.cod.uscourts.gov and shall

use the form in curing the deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 9, 2015, at Denver, Colorado.

                                              BY THE COURT:

                                              s/Gordon P. Gallagher
                                              United States Magistrate Judge